

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00549-CV

Meredith **DE LA PENA**,
Appellant

v.

Ruben **DE LA PENA** Jr.,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-24731
Honorable Nicole Garza, Judge Presiding

# O R D E R

The trial court signed a final judgment on May 3, 2022. Appellant filed a timely motion for new trial on May 5, 2022. Therefore, the notice of appeal was due to be filed August 1, 2022. Appellant filed a notice of appeal on August 26, 2022.[1] A motion for extension of time to file the notice of appeal was due on August 16, 2022 but was not filed. *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.* It is therefore ORDERED that appellant show cause in writing, **no later September 27, 2022**, why this appeal should not be dismissed for lack of jurisdiction.

All appellate filing dates are ABATED pending further orders from this court.

---

[1] The trial court signed a Final Decree of Divorce on May 3, 2022. Appellant's notice of appeal states she desires to appeal "the judgment or other appealable order rendered on May 24, 2022." The clerk's record does not contain a May 24th judgment or order.

FILE COPY

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.

MICHAEL A. CRUZ, Clerk of Court